IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALISSA STROUSE,                          :     CIVIL ACTION
                                         :     NO. 12-4417
            Plaintiff,                   :
                                         :
      v.                                 :
                                         :
ENHANCED RECOVERY COMPANY, L.L.C.,       :
                                         :
            Defendant.                   :

**O R D E R**

**AND NOW,** this **29th** day of **July, 2013,** it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment (ECF No.

18) is **GRANTED in part and DENIED in part** as follows:

      1) Defendant's motion is **GRANTED** as to Plaintiffs'

claims under 15 U.S.C. §§ 1692c(b) and 1692f; and

      2) Defendant's motion is **DENIED** as to Plaintiffs'

claims under 15 U.S.C. § 1692c(c), 15 U.S.C. § 1692e(11), and

the Pennsylvania Fair Credit Extension Uniformity Act, 73 Pa.

Cons. Stat. § 2270.4(a) (2013).

      **AND IT IS SO ORDERED.**

                              /s/ Eduardo C. Robreno
                              EDUARDO C. ROBRENO,    J.